FILED:  February 13, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1360
(1:23-cv-00595-PTG-IDD)
_____

GARDENIA M. DORADO-OCASIO,

Plaintiff – Appellant,

v.

MARK AVERILL, Acting Secretary of the Army,

Defendant – Appellee.

_____

O R D E R

_____

The court amends its opinion filed February 13, 2025, as follows:

The case caption is updated to reflect Mark Averill as the current Acting

Secretary of the Army.

For the Court – By Direction

/s/ Nwamaka Anowi, Clerk